PFN: BBJ370
CDC# F-82094    SANTA RITA Jo. Jail
5325 Broder Blvd.
Dublin, Ca. 94568

**FILED**

JUL - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV   08        3288

1

2

3

4

5

6

7

8

9  JUSTIN PAIVA,            CASE No. _____
10        Petitioner,
11                          Writ of Habeus
12                          Corpus.
13        V.
14                                  E-filing
15
16  STATE OF CALIFORNIA,
17  DEPARTMENT OF CORRECTIONS,
          RESPONDANT.
18

19

20        Now comes the petitioner,
21  Justin Paiva before this Honorable
22  Court, and asks that the above
23  entitled Writ be granted in his
24  favor.
25        On May 7, 2008 the
26  Petitioner appeared before a
27  Parole Board Commishioner, and
28  given seven months, with half

1 time, but while being housed
2 at the county Jail he is apt
3 only to receive two thirds time.
4      In Pasqual vs. STATE OF
5 California, Department OF
6 Corrections Fed 3rd 488 the
7 court came To the conclusion
8 that a state prisoner, being
9 housed in a county jail should
10 receive the same credits as a
11 prisoner housed in a CDC
12 prison, because it's Not his
13 fault CDC is so over crowded
14 the state is forced to house
15 them in a county jail, that is
16 a contract facility, and in other
17 words another branch of CDC.
18 Furthermore, Not to give the
19 prisoner the same credits as
20 if he was in a CDC prison
21 violates his 8th Ammendment
22 right to be free from Cruel,
23 and Unusual Punishment, and
24 his 14th Ammendment To Due
25 process.
26      Therefore, this petitioner
27 asks this court to order the
28 State OF California, Department

1 OF Corrections to give him
2 his half time credits, while
3 housed in the county jail, as
4 awarded by the Parole Board
5 Commishioner.
6 Dated: 6-22-08

7
8                    Respectfully Submittd
9
10                    Justin  Paiva

Justin Paiva
PFN: BBJ370
CDC# F-82094
5325 Broder Blvd.
Dublin, Ca. 94568

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Justin Paiva,
        Petitioner,            Case No. _____

                               Declaration of
        V.                     Petitioner

STATE OF CALIFORNIA,
Department of Corrections.
            Respondant

    I, Justin Paiva declare
as Follows:
        1. I am the petitioner
in the above entitled action;
        2. I am a state prisoner
being housed at the Alameda
County Jail, where I am serving
time for a parole violation.
        I declare under the
penalty of ~~perjury~~ perjury
under the laws of the United

1  States that the foregoing is
2  true, and correct to the best
3  of my knowledge.
4  DATED: 6-22-08



RECEIVED

JUL - 7 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
U.S. District Court
450 Golden Gate Ave.
San Francisco, Calif.
94102

