United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN PAIVA, ) | No. C 08-3288 MMC (PR) |
| Petitioner, ) | |
| v. ) | **ORDER OF DISMISSAL** |
| STATE OF CALIFORNIA ) DEPARTMENT OF CORRECTIONS, ) | |
| Respondent. ) | |

On July 8, 2008, petitioner, a prisoner incarcerated at the Santa Rita County Jail and proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the denial of time credits by the California Department of Corrections for the period during which petitioner was incarcerated on a parole violation. That same date, the Clerk of the Court mailed petitioner a notice that the action was deficient due to petitioner's failure to pay the requisite filing fee or, instead, to submit a completed court-approved in forma pauperis application. On July 15, 2008, said notice was returned to the Court as undeliverable because petitioner was not at the address he had provided to the Court in his petition.

Pursuant to the Civil Local Rules of this district, "a party proceeding *pro se* whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address." See Civ. L. R. 3-11(a). Where mail directed to such party "has been returned to the Court as not

deliverable" and "the Court fails to receive within 60 days of this return a written communication from . . . the *pro se* party indicating a current address," the Court "may dismiss the complaint without prejudice."  See Civ. L.R. 3-11(b).

    Here, more than sixty days have passed since petitioner's mail was returned to the Court as undeliverable and petitioner has not notified the Court of his correct current address. Accordingly, the above-titled action is hereby DISMISSED without prejudice.

    The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: September 19, 2008

_____
MAXINE M. CHESNEY
United States District Judge