IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUSTIN PAIVA,

                                    No. CV-08-3288 MMC (PR)

        Petitioner,

  v.                                **JUDGMENT IN A CIVIL CASE**

STATE OF CALIFORNIA DEPARTMENT OF
CORRECTIONS,

        Respondent.
_____/

    **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice.


Dated: September 19, 2008                Richard W. Wieking, Clerk

                                         *Tracy Lucero*

                                By: Tracy Lucero
                                Deputy Clerk